Josephine M. Gerrard (CBN 303221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for the Plaintiff, Marisela Barragan De Salez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISELA BARRAGAN DE SALEZ,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner Of Social Security,<br><br>Defendant | Case No. 2:26-cv-01009-AC<br><br><br>~~PROPOSED~~ ORDER FOR A TWENTY-EIGHT-DAY EXTENSION TO FILE PLAINTIFF'S OPENING BRIEF |

The Extension for 28 days to file Plaintiff's opening brief now is due July 15, 2026, and Defendant's response due on or before August 14, 2026.

**IT IS ORDERED**.

Dated June 4, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF - 1