ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Executive Counsel for Program Litigation 1 – Law & Policy
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1 – Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MARISELA BARRAGAN DE SALEZ,

Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 2:26-CV-01009-AC

STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment (ECF No. 10) be extended thirty (30) days from September 14, 2026, up to and including October 14, 2026. The parties further stipulate that the Court's Scheduling Order (ECF No. 2) shall be further modified accordingly. This is the Defendant's second request for an extension. Defendant respectfully requests this extension as Defendant's counsel needs additional time to finalize internal discussions regarding potential settlement of this matter, and if necessary, negotiate with Plaintiff's counsel regarding settlement. Defendant's counsel has been diligent in her work, and in the last four weeks, has completed six responsive

briefs and two settlement memoranda. In addition to this case, counsel has ten upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated: September 14, 2026 By: /s/ *Josephine M. Gerrard**
(*as authorized via e-mail on September 14, 2026)
JOSEPHINE M. GERRARD
Attorney for Plaintiff

Dated: September 14, 2026 ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy

By: /s/ *Lillian J. Lee*
LILLIAN J. LEE
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including October 14, 2026, to respond to Plaintiff's Motion for Summary Judgment.

DATED: September 14, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE